United States District Court
Southern District of Texas

**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| XIUYING LAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00657 |
| | § | |
| WARDEN OF LAREDO DETENTION | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Pending before the Court is Petitioner Xiuying Lan's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Respondents Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus as Moot, (Dkt. 21.)

Petitioner filed her Petition on April 14, 2026, challenging her detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS) and arguing that her detention violated the Immigration and Nationality Act (INA) and her rights under the Fifth Amendment. (Dkt. 1 at 19– 20.) Subsequently, Respondents filed an Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus as Moot, informing the Court that ICE released Petitioner from immigration custody and arguing that the Petition be dismissed accordingly. (Dkt. 21.)

Release from custody may render a habeas petition moot. *See Rocha v. Mayorkas*, 579 F. Supp. 3d 923, 929 (S.D. Tex. 2022); *Lemons v. Swann*, 412 F. App'x 672, 673 (5th Cir. 2011) ("In the context of habeas petitions . . . this court has dismissed a petitioner's appeal as moot upon the petitioner's release from custody"). And, "any set of circumstances that eliminates actual

controversy after the commencement of a lawsuit renders that action moot." *See Ctr. for Individual Freedom v. Carmouche*, 449 F.3d 655, 661 (5th Cir. 2006). On May 12, 2026, Petitioner was released from ICE custody. (Dkt. 21, Attach. 1.) Because Petitioner's Petition challenged only her ongoing detention and because Petitioner is unopposed to Respondents' Motion to Dismiss, the petition for writ of habeas corpus is moot because Petitioner has now been released from detention and there is no longer a live claim or controversy before the Court.

Accordingly, Respondents Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus as Moot, (Dkt. 21), is **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE** as moot.

The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

IT IS SO ORDERED.

SIGNED this May 15, 2026.

Diana Saldaña
United States District Judge

2 / 2